# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0983

VERSUS

RODNEY L. WHITE

**FEBRUARY 6, 2026**

---

In Re:     Rodney L. White, applying for rehearing, 19th Judicial
District Court, Parish of East Baton Rouge, No. 02-99-
0127.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

    **REQUEST FOR REHEARING NOT CONSIDERED WITH ORDER.** An application for rehearing shall be filed with the clerk on or before fourteen days after the rendition of the judgment. Furthermore, an application for rehearing will not be considered if this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1, 2-18.2(1) & 2-18.7. The district court is ordered to provide relator with a copy of the January 8, 2025, ruling dismissing his application for postconviction relief, if it has not already done so. The applicant may seek review of the dismissal of his application for postconviction relief without the necessity of obtaining a return date. The application shall be filed on or before March 19, 2026, and should include a copy of this ruling and all the relevant portions of the district court record necessary to review the claims presented in the application for postconviction relief.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT